NICHOLAS M. WAJDA (State Bar #259178)
WAJDA LAW GROUP, APC
6167 Bristol Parkway, Suite 200
Culver City, California 90230
nick@wadjalawgroup.com
Telephone: (310) 997-0471
Facsimile: (866) 286-8433
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CLAUDIA PEREZ-KASMARSKI, <br><br> Plaintiff, <br><br> v. <br><br> ADLER WALLACH & ASSOCIATES, INC. d/b/a AWA COLLECTIONS, <br><br> Defendant. | **Case No. 8:21-cv-00560** |

**NOTICE OF SETTLEMENT**

PLEASE TAKE NOTICE that CLAUDIA PEREZ-KASMARSKI ("Plaintiff") and ADLER WALLACH & ASSOCIATES, INC. d/b/a AWA COLLECTIONS ("Defendant"), hereby notify the Court the parties have reached settlement, and are in the process of completing the settlement agreement and filing dismissal papers. The parties anticipate filing dismissal papers within 45 days.

DATED: August 26, 2021

Respectfully submitted,

**CLAUDIA PEREZ-KASMARSKI**

By: */s/ Nicholas M. Wajda*

NICHOLAS M. WAJDA
WAJDA LAW GROUP, APC
6167 Bristol Parkway, Suite 200
Culver City, California 90230
nick@wadjalawgroup.com
Telephone: (310) 997-0471
Facsimile: (866) 286-8433

## **CERTIFICATE OF SERVICE**

    I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

*/s/ Nicholas M. Wajda*
Nicholas M. Wajda, Esq