1  NICHOLAS M. WAJDA
2  (State Bar #259178)
   WAJDA LAW GROUP, APC
3  6167 Bristol Parkway, Suite 200
4  Culver City, California 90230
   nick@wadjalawgroup.com
5  Telephone: (310) 997-0471
6  Facsimile: (866) 286-8433
   *Counsel for Plaintiff*
7

8  **UNITED STATES DISTRICT COURT**
   **CENTRAL DISTRICT OF CALIFORNIA**
9

| Claudia Perez-Kasmarski, | |
|---|---|
| Plaintiff, | Case No. 8:21-cv-00560-DOC-KES |
| v. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| Adler Wallach & Associates, Inc. d/b/a AWA Collections, Inc., | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, Claudia Perez-Kasmarski, and the Defendant, Adler Wallach & Associates, Inc. d/b/a AWA Collections, Inc., through their respective counsel that the above-captioned action is dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

DATED: September 27, 2021

*/s/ Nicholas M. Wajda*             */s/*
**WAJDA LAW GROUP, APC**        David J. Kaminski (SBN 128509)
Nicholas M. Wajda (Cal. Bar No.    kaminskid@cmtlaw.com
259178)

1

| | |
|---|---|
| 6167 Bristol Parkway, Suite 200<br>Culver City, California 90230<br>+1 310-997-0471<br>nick@wajdalawgroup.com<br>*Counsel for Plaintiff* | Calvin W. Davis (SBN 306264)<br>davisc@cmtlaw.com<br>CARLSON & MESSER LLP 5901<br>West Century Blvd., Suite 1200,<br>Los Angeles, California 90045<br>Tel: (310) 242-2200<br>Fax: (310) 242-2222<br>*Counsel for Defendant* |